UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROSE-MONDE PIERRE,<br>Plaintiff,<br>v.<br>FIRST LIGHT HOME CARE, *et al.*,<br>Defendants. | Case No. 2:26-cv-02079-MMD-NJK<br>ORDER |

Pro se Plaintiff Rose-Monde Pierre brings this action against Defendants First Light Home Care and Tammikka Jones for alleged wrongful termination and retaliation in violation of Title VII and NRS § 613.330. (ECF No. 1-2 at 1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe (ECF No. 4), recommending the Court dismiss Plaintiff's claims against Defendant Tammikka Jones. Because there is no objection, and as further explained below, the Court will adopt the R&R and dismiss the claims against Defendant Tammika Jones with prejudice.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Koppe did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). In reviewing Pierre's allegations of hostile and improper conduct by Defendant Jones, Judge Koppe explains in the R&R that only employers, not individuals, are potentially liable for employment discrimination under Title VII. (ECF No. 4 at 2.) Similarly, only employers are liable for employment discrimination claims under NRS § 613.330 and wrongful termination claims in violation of public policy. *(Id.)* Judge Koppe accordingly recommends dismissal of Pierre's complaint against Defendant Jones with prejudice. (*Id.*) Having reviewed the R&R, the Court finds Judge Koppe did not clearly err and will adopt the R&R.

It is therefore ordered that Judge Koppe's Report and Recommendation (ECF No. 4) is adopted in full.

It is further ordered that Defendant Tammikka Jones is dismissed with prejudice.

DATED THIS 31st Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE