**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Rose-Monde Pierre,

Plaintiff(s),

v.

First Light Home Care,

Defendant(s).

Case No. 2:26-cv-02079-MMD-NJK

**Order**

Pending before the Court is a filing by Shannon Blackerby that appears to be an answer filed on behalf of Defendant First Light Home Care. Docket No. 10. Corporations can appear in federal court only with licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly, Defendant First Light Home Care must retain counsel and have that counsel file a notice of appearance in this case by November 9, 2026. **Failure to comply with this order may result in the imposition of case-dispositive sanctions.**

In addition to sending a copy of this order to Plaintiff, the Clerk's Office is **INSTRUCTED** to send this order to the following:

1. Shannon Blackerby
   P.O. Box 530035
   Henderson, NV 89053
2. slackerby@firstlighthomecare.com
3. OneKey Home Care d/b/a First Light Homecare
   375 N. Stephanie St., Bld. 22, Suite 2213
   Henderson, NV 89014

IT IS SO ORDERED.

Dated: October 7, 2026

Nancy J. Koppe
United States Magistrate Judge